## Peck et al. *v.* Lawler et al., Appellants.

Argued October 7, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*Philip V. Mattes,* County Solicitor, for appellants.

*J. Julius Levy,* with him *Reese H. Harris, Ernest D. Preate, Esdras Howell, Jos. Tedesco* and *Milton J. Kolansky,* for appellees.

PER CURIAM, October 13, 1942:
The order of the court below is affirmed at appellants' cost.